
FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS

SEP 17 2008

BY
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| UNITED STATES OF AMERICA, | § | |
|---|---|---|
| | § | |
| Petitioner | § | |
| | § | |
| V. | § | MISC. ACTION NO. 4:08-mc-22 |
| | § | J. SCHELL/J. BUSH |
| RALPH J. BRANSCOMB, | § | |
| | § | |
| Respondent. | § | |

### MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE AND ORDER DIRECTING COMPLIANCE WITH SUMMONSES

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On September 10, 2008, based on the representation that the parties had reached an agreement as to the relief requested, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that Respondent Ralph J. Branscomb fully comply with the summons issued to secure information to complete a Collections Information Statement, and appear at the Offices of the Internal Revenue Service as directed.

The parties having agreed to the relief requested by the Petitioner and thereby having waived their right to object, the court is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court. Therefore, Respondent Ralph J. Branscomb is

1

ORDERED and DIRECTED to fully comply with the summons issued to secure information to complete a Collections Information Statement, and appear on *September 18, 2008, at 10:00 a.m.*, or as otherwise agreed to by the parties, at the offices of the Internal Revenue Service, 4050 Alpha Road, Farmers Branch, Texas 75244, to meet with Revenue Officer Nancy Smith, or her designated agent, and to comply with the summons, and produce the records and testimony called for in the summons.

**IT IS SO ORDERED.**

**SIGNED** this 17th day of Sept, 2008.

*Richard A. Schell*

RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE